FREDERICK C. VANDERPOOL, Respondent, v. SAMUEL GOLDBERG, Appellant.— Motion for reargument of motion to dismiss appeal granted, and on such reargu-

ment motion denied on condition that within ten days from the date of entry of the order herein appellant file an undertaking with corporate surety to secure the judgment already recovered, with costs of the appeal, and that he also pay twenty-five dollars costs of this motion; otherwise, motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.